UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.B.,<br><br>                    Plaintiff,<br><br>    -against-<br><br>N.Y.C. Dep't of Educ.,<br><br>                   Defendant. | 24-cv-9239 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    By October 17, 2025, the parties shall a file joint letter providing the Court with an update on the status of the Cayuga County Supreme Court case and whether a stay in this case remains appropriate.

    SO ORDERED.

Dated: October 7, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge